JOSEPHINE H. HUBBARD, Respondent, *v.* MARY L. HOUSLEY et al., Respondents; MITCHELL A. C. LEVY, Purchaser, Appellant

*Hubbard* v. *Housley*, 43 App. Div. 129, affirmed.
(Argued October 3, 1899; decided October 17, 1899.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered August 7, 1899, affirming an order of Special Term requiring the purchaser at a partition sale to complete his purchase.

*John Frankenheimer* for appellant

*Henry Schmitt* for respondent.

Order affirmed, with costs : no opinion.
All concur.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DENIS KEOHANE, Appellant, *v.* FRANK MOSS et al., Commissioners, Composing the Board of Police of the Police Department of the City of New York, Respondents.

*People ex rel. Keohane* v. *Moss*, 39 App. Div. 670, appeal dismissed
(Submitted October 3, 1899; decided October 17, 1899.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 27, 1899, dismissing a writ of certiorari obtained to review the dismissal of relator from the police department of the city of New York.

*Hyacinthe Ringrose* for appellant.

*John Whalen, Corporation Counsel* (*Theodore Connoly* of counsel), for respondents.

Appeal dismissed, with costs, on authority of *People ex rel. Coler* v. *Lord* (157 N. Y. 408).
All concur.